IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYNTHIA ZYCH et al., individually and on behalf of other similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>PAMIDA STORES OPERATING CO., LLC,<br><br>    Defendant, | CASE NO. 8:09CV119<br><br><br>ORDER |

This matter is before the Court on Plaintiff Cynthia Zych's motion to extend time to Respond to Defendant's motion for summary judgment (Filing No. 18). In its Motion, Plaintiff requests until October 16, 2009, to respond to Defendant's motion. Plaintiff also indicates that it would like to depose a representative of the Defendant during the time of the extension. Defendant does not object to the extension of time, but objects to any continuance for the purpose of conducting discovery to oppose Defendant's motion for summary judgment (Filing No. 19).

Accordingly, the Court finds that Plaintiff's motion should be granted as to the extension of time. The Court does not rule on any other requests, including discovery requests, contained in Plaintiff's motion.

IT IS ORDERED:

1. Plaintiff's motion to extend time to respond to Defendant's motion for summary judgment (Filing No. 18) is granted;

2. Plaintiff shall file its response to Defendant's motion for summary judgment (Filing No. 14) on or before October 16, 2009; and

3.  This order includes no ruling on any discovery request contained in Plaintiff's motion.

DATED this 18th day of September, 2009.

                          BY THE COURT:

                          s/Laurie Smith Camp
                          United States District Judge